UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IRIS CRUZ RAMOS, CARLOS CRUZ AND THE CONJUGAL PARTNERSHIP CONSTITUTED BETWEEN THEM, <br><br> Plaintiffs, <br><br> v. <br><br> TORO VERDE CORP., UNIVERSAL INSURANCE COMPANY, <br><br> Defendants | CIVIL NO. 21-1078 (WGY) <br><br> RE:   TORTS <br><br> DEMAND FOR JURY TRIAL |

**NOTICE OF APPEAL**

**TO THE HONORABLE MARÍA ANTONGIORGI JORDÁN**
**U. S. DISTRICT JUDGE:**

Notice is hereby given that Iris Cruz Ramos, Carlos Cruz and the Conjugal Partnership Constituetd Between them, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the First Circuit from the Judgment dated June 22, 2023 (Docket No. 43) dismissing with prejudice plaintiffs' claims.

RESPECTFULLY SUBMITTED.

I HEREBY certify that on today's date I filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

In San Juan, Puerto Rico, this 21st day of July, 2023.

*s/ Rubén T. Nigaglioni -Mignucci*
Rubén T. Nigaglioni-Mignucci
UDSC-PR No. 119901
Nigaglioni Law Offices, PSC
Attorneys for PLAINTIFFS
P. O. Box 9023865
San Juan, Puerto Rico 00902-3865
Tel.: (787)765-9966
Fax: (787) 751-2520
rtn@nigaglionilaw.com